USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/12/2023_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE LUIS JUNIOR CRUZ GUTIERREZ, on behalf of himself, FLSA Collective Plaintiffs, and the Class,

                Plaintiff,

-against-

ALBA CARTING & DEMOLITION INC d/b/a COMPAC INDUSTRIES 2; d/b/a Tristate 2, and ANDREW HORAN,

                Defendants.

23 Civ. 7138 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On August 22, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan by December 11, 2023. ECF No. 9. Those submissions are now overdue.

    Accordingly, by **January 3, 2024**, the parties shall submit their joint letter and proposed case management plan, or Plaintiff shall file a letter stating his intentions regarding the prosecution of this action.

    SO ORDERED.

Dated: December 12, 2023
       New York, New York

                                            ANALISA TORRES
                                      United States District Judge