```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/26/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE LUIS JUNIOR CRUZ GUTIERREZ, on behalf of himself, FLSA Collective Plaintiffs, and the Class,

                        Plaintiff,

-against-

ALBA CARTING & DEMOLITION INC d/b/a COMPAC INDUSTRIES 2; d/b/a Tristate 2, and ANDREW HORAN,

                        Defendants.

23 Civ. 7138 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' joint letter and proposed case management plan. ECF Nos. 21, 21-1. The parties' proposed discovery deadlines violate the Court's rule that absent unique complexities or other exceptional circumstances, discovery shall not exceed 120 days. ECF No. 21-1 ¶ 6.

      Accordingly, by **January 10, 2024**, the parties shall submit a revised proposed case management plan.

      SO ORDERED.

Dated: December 26, 2023
       New York, New York

                                                        ANALISA TORRES
                                               United States District Judge