UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE LUIS JUNIOR CRUZ GUTIERREZ, on behalf of himself, FLSA Collective Plaintiffs, and the Class,

                Plaintiffs,

-against-

ALBA CARTING & DEMOLITION INC d/b/a COMPAC INDUSTRIES 2; d/b/a Tristate 2, and ANDREW HORAN,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/2024

23 Civ. 7138 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       On January 19, 2024, Plaintiffs filed their first amended complaint. ECF No. 25. Plaintiffs filing fails to comply with Federal Rule of Civil Procedure 15(a).

       Rule 15(a) permits a party to amend its pleading (1) "21 days after [originally] serving it"; (2) "21 days after service of a responsive pleading . . . or motion under Rule 12(b), (e), or (f);" or (3) "with the opposing party's written consent or the court's leave." As more than twenty-one days have passed since the filings of both Plaintiffs' complaint and Defendants' answer, ECF Nos. 1, 18, Plaintiffs shall seek Defendants' consent to file its amended complaint or seek leave of court. Pursuant to the case management plan, any motion to amend shall be filed by **February 12, 2024**. ECF No. 24 ¶ 3.

       SO ORDERED.

Dated: January 22, 2024
       New York, New York

                                          ANALISA TORRES
                                   United States District Judge