# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1188
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT: (212) 465-1188
cklee@leelitigation.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/2024

**Via ECF**
The Honorable Margaret M. Garnett, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Gutierrez v. Alba Carting & Demolition, et al.*
Case No.: 1:23-cv-07138 (MMG)(SDA)

Dear Judge Garnett:

We are counsel for Plaintiffs and write jointly with counsel for Defendants to provide the Court with a status update, pursuant to the Court's Order, dated August 20, 2024 (Dkt. No. 75).

On September 27, 2024, the parties attended a mediation with Mediator Martin F. Scheinman, Esq. The parties are continuing resolution discussions. Accordingly, the parties request 30 days for a further status letter and that the case remain stayed in the interim.

We thank Your Honor for considering this request.

Respectfully submitted,

/s/ C.K. Lee
C.K. Lee, Esq.

cc: all parties via ECF

---

GRANTED. The parties shall submit a further status letter by no later than **November 8, 2024**. All case deadlines remain stayed pending receipt of the parties' joint submission.

SO ORDERED. Dated October 8, 2024.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE