UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE LUIS JUNIOR CRUZ GUTIERREZ, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

                Plaintiff,

v.

ALBA CARTING & DEMOLITION INC, ET AL,

                Defendants.

Case No.: 1:23-cv-07138

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

---

        Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff JOES LUIS JUNIOR CRUZ GUTIERREZ hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated November 1, 2024, and annexed hereto as **Exhibit A**.

Dated: November 7, 2024

                              Respectfully submitted,

By: _____
C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff, FLSA Collective Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2024, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Adriana S. Kosovych, Esq.
EPSTEIN BECKER & GREEN, P.C.
875 Third Avenue
New York, New York 10022
AKosovych@ebglaw.com
*Attorney for Defendants*

By: _____
C.K. Lee, Esq.