# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE LUIS JUNIOR CRUZ GUTIERREZ,
*on behalf of himself, FLSA Collective Plaintiffs,
and the Class,*

                Plaintiff,

v.

ALBA CARTING & DEMOLITION INC, ET AL,

                Defendants.

Case No.: 1:23-cv-07138

**OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure ("Rule 68"), and as specifically set forth herein, Defendants Alba Carting & Demolition, Inc., Alba Services, Inc., ARC Contracting, Inc., and Andrew Horan (collectively, "Defendants") hereby make the following Offer of Judgment to Plaintiff Jose Luis Junior Cruz Gutierrez to settle any and all individual claims asserted under the Fair Labor Standards Act ("FLSA") in the above-captioned action brought by Plaintiff against Defendants:

    1.    Defendants offer to allow judgment to be taken against them, and in favor of Plaintiff individually, in the sum of Fifty Thousand Dollars and No Cents ($50,000) ("Judgment Amount").

    2.    This Offer of Judgment is expressly conditioned on the following:

        (a)    This sum represents the total liability of all Defendants, and would include all damages, including attorney's fees and costs, related to Plaintiff's FLSA claims asserted in the above-captioned action;

    (b) Acceptance of this Offer of Judgment by Plaintiff and payment by Defendants set forth in Paragraph 1 of this Offer of Judgment will result in automatic and immediate dismissal of any and all of Plaintiff's FLSA claims in this action against Defendants; and

    (c) Upon acceptance of this Offer of Judgment, Plaintiff shall, by his acceptance, agree to indemnify Defendants and hold Defendants harmless herein from any claim for counsel fees made by any attorney representing or purporting to represent Plaintiff in connection with any aspect of the individual FLSA claims he has asserted in this action.

  3. Payment on the Judgment Amount shall be funded within fifteen (15) business days of Plaintiff's acceptance of this Offer of Judgment.

  4. This Offer of Judgment is made for the purposes specified in Federal Rule of Civil Procedure 68, and neither this Offer of Judgment nor any judgment that may result from this Offer of Judgment shall be construed as either an admission of liability on the part of Defendants, or any of them, or that Plaintiff has suffered any damages. Rather, this Offer of Judgment is made solely in the interest of avoiding the costs of further defending this litigation. If Plaintiff does not accept this Offer of Judgment, Defendants will continue to vigorously defend their position, preserving all defenses, including their right to appeal, as necessary.

  5. Pursuant to Rule 68(a), Plaintiff has fourteen (14) days from the date he was served with this Offer of Judgment to accept this offer in writing. If Plaintiff fails to accept this Offer of Judgment within the time allowed by Rule 68(a), it shall be deemed withdrawn.

  6. Any evidence of this Offer of Judgment shall be inadmissible except as provided in Rule 68 of the Federal Rules of Civil Procedure.

Dated: New York, New York
   November 1, 2024

EPSTEIN BECKER & GREEN, P.C.

*Adriana Kosovych*

Jeffrey Ruzal, Esq.
Adriana S. Kosovych, Esq.
Christopher Coyne, Esq.
875 Third Avenue
New York, New York 10022
JRuzal@ebglaw.com
AKosovych@ebglaw.com
CCoyne@ebglaw.com
*Attorneys for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2024, I caused Defendants' Offer of Judgment to be served, via electronic mail, upon Plaintiff's counsel of record in this matter:

C.K. Lee, Esq.
James Jackson, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
cklee@leelitigation.com
james@leelitigation.com

By: *Adriana Kosovych*
    Adriana S. Kosovych